A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court clerk within 30 days after it is published in the Michigan Bar Journal.

*Ordered to be Published June 2, 1987:*

PROPOSED MCR 1.109. On order of the Court, this is to advise that the Court is considering whether to adopt Michigan Court Rule 1.109. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

RULE 1.109. LETTER-SIZE PAPER STANDARD.

All pleadings and other papers prepared for filing in the courts of this state must be on good quality white paper not exceeding 8½ inches wide by 11 inches long. Papers such as testamentary and contractual documents must conform to this requirement if permitted by law and if it is practicable. This rule will take effect one year after the date of adoption by the Supreme Court.

*Staff Comment:* Proposed MCR 1.109 would apply to all courts in the state and to all actions, whether civil, criminal or otherwise. The Michigan Court Rules of 1985 do not contain any requirements regarding the size or quality of paper except as to calendar cases pending in the Supreme Court. MCR 7.309.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.

*Leave to Appeal From Attorney Discipline Board Denied June 16, 1987:*

GRIEVANCE ADMINISTRATOR v HUNTER, No. 80326.